RECEIVED

(Rev. 5/1/13)
FEB - 9 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Lafayette DIVISION

Jamarcus Delcambre          Civil Action No. 3:18-cv-0179   SEC. P
Plaintiff

Prisoner # 525588

VS
Jackson Parish Correctional Center    Judge _____
(Lasalle Management)                   Magistrate Judge _____
Defendant

## COMPLAINT
### PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I. Previous Lawsuits

  a. Have you begun any other lawsuit while incarcerated or detained in any facility?

   Yes _____   No ✓

  b. If your answer to the preceding question is "Yes," provide the following information.

   1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

   _____
   _____

   2. Name the parties to the previous lawsuit(s):

   Plaintiffs: _____

   Defendants: _____

   3. Docket number(s): _____

   4. Date(s) on which each lawsuit was filed: _____

   5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

   _____

(Rev. 5/1/13)

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes _____  No ✓

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. a. **Name of institution and address of current place of confinement:**
Jackson Parish Correctional Center (Jonesboro)

b. Is there a prison grievance procedure in this institution?

Yes ✓  No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ✓  No _____

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

I filed the 1st step to Jackson Parish and it was rejected because I requested multiple remedies.

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. **Parties to Current Lawsuit:**

a. Plaintiff, Jamarcus Delcambre
Address 281 Industrial Drive, Jonesboro, La 71251

(Rev. 5/1/13)

b. Defendant, **Deputy Deville**, is employed as **Correctional Officer** at **Jackson Parish Correctional Center**

Defendant, **Warden Brazzel**, is employed as **Ast. Warden** at **Jackson Parish Correctional Center**

Defendant, **Laura Freeman (nurse)**, is employed as **nurse** at **Jackson Parish Correctional Center**

Additional defendants,

## IV. Statement of Claim

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

On Feb. 2, 2017 Deputy Deville witnessed me an inmate Lewis Tucker having an altercation hours before I got burned & instead of him seperating us, he left us together not know if it would get worst or not. Later on that night Deputy Deville was present in the Dormitory doing role call, which is a time when inmates are to be in there assigned beds but inmate Lewis Tucker was able to go put liquids into microwave and pour it into my face while I was asleep.

Warden Brazzel being over the facility didn't respone to the incident as ~~becouse~~ if it didn't matter to him because I showed him my face in the hallway an he keep on walking, knowing that I hadn't got proper medical attention. Therefore he was contacted by my lawyer.

continued on the back →

Nurse Freeman refused to send me to the hospital. It took day for me to get proper medical attention, but the night I got burned she gave orders for Lt. Trahan not to send me to the hospital, instead she told him to let me run my face under cold water for 10 minutes & place me back into dormitory.

(see attached ARP form!)

(Rev. 5/1/13)

V. **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I want to get payment for negligence and also to be transfered into D.O.C. facility such as Elyan Hunt's Correctional Center, Dixon Correctional Center or Avoyelles Correctional Center. Any facility outside of Lasalle Management because I'm in fear that they might retaliate for this. Or I'd like to get my sentences ran concurrent that I'm doing time for right now.

VI. **Plaintiff's Declaration**

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 6 day of Nov., 2017.

525588

Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

Signature of Plaintiff

Page 4 of 4